Filing # 240811754 E-Filed 02/02/2026 04:41:37 PM

**IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR SARASOTA COUNTY, FLORIDA**

JESSIE LEONARD and
JAY LEONARD,

Plaintiff,

vs. CASE NO.:

WALMART INC.

Defendant,
_______________________________/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, JESSIE LEONARD, by and through the undersigned counsel, hereby sues Defendant, WALMART INC., and alleges the following:

**Jurisdiction and Venue**

1. This is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), exclusive of interest and costs.

2. At all times material hereto and at the time of the incident complained of, Plaintiff, JESSIE LEONARD, was a resident of Sarasota County, Florida.

3. At all times material hereto and at the time of the incident complained of, Defendant, WALMART INC., was a Foreign Limited Partnership authorized to do business and doing business in Sarasota County, Florida and was in possession and control of and/or doing business on the property located at the following address: 4150 S Tamiami Trl, Venice, Florida 34293 (the "Subject Premises").

4. Venue is proper in this Circuit pursuant to Section 47.011, Florida Statutes, because the cause of action accrued within the territorial bounds of the Twelfth Judicial Circuit.



**Filed 02/02/2026 04:54 PM - Karen E. Rushing, Clerk of the Circuit Court, Sarasota County, FL**

## General Allegations

5. On or about November 20, 2024, Plaintiff, JESSIE LEONARD, was on the Subject Premises as an invitee of Defendant, WALMART INC. in that JESSIE LEONARD was on the Subject Premises on that date for the purpose of transacting business.

6. Accordingly, JESSIE LEONARD was a person reasonably foreseeable on the Subject Premises.

7. On or about November 20, 2024, JESSIE LEONARD was walking through the entrance when she slipped and fell due to a liquid substance that was present on the ground. As a direct and proximate result of said incident, Plaintiff was injured as more fully described herein.

## COUNT I – NEGLIGENCE AGAINST DEFENDANT, WALMART INC.

8. Plaintiff realleges the allegations incorporated in paragraphs 1 through 7 as if restated verbatim herein.

9. On November 20, 2024, Defendant, WALMART INC., either owned, was in possession of, or was responsible for the operation and/or maintenance of the Subject Premises.

10. DUTY: Defendant, WALMART INC., owed JESSIE LEONARD a non-delegable duty to maintain the Subject Premises in a reasonably safe condition, to guard against any dangerous conditions and/or warn him of the dangerous and unsafe conditions on the Subject Premises of which WALMART INC., was aware of or, the exercise of reasonable care, of which it should have been aware.

11. BREACH: At said time and place, Defendant, WALMART INC., breached its duties to JESSIE LEONARD, in one or more of the following ways:

a. by allowing a slippery substance to exist on the floor which patrons were forced to walk, thereby creating an unsafe, dangerous and hazardous condition;

b. by failing to correct or remedy the aforedescribed dangerous and hazardous condition, although Defendant knew, or in the exercise of reasonable care should have known, about the existence of said condition; and it further represented to its patrons that its premises was safe and suitable when, in fact, it was not because of the hazardous condition as aforesaid;

c. by failing to provide adequate warnings and/or other reasonable notice of the aforedescribed unsafe, dangerous and hazardous condition to customers, including but not limited to the Plaintiff herein, although Defendant knew, or in the exercise of reasonable care should have known, about the existence of said condition; and it further represented to its patrons that its premises was safe and suitable when, in fact, it was not because of the hazardous condition as aforesaid; and

d. by failing to maintain the Subject Premises in a safe manner.

12. CAUSATION: The negligence described above directly and proximately caused JESSIE LEONARD's injuries and damages, in that it directly, and in natural and continuous sequence, produced or contributed to such injuries and damages.

13. The negligent condition was created by Defendant, WALMART INC. Alternatively, the negligent condition was known to Defendant, WALMART INC., or had existed for a sufficient length of time so that Defendant, WALMART INC., should have known of it.

14. DAMAGES: As a direct and proximate result of the negligence and carelessness of Defendant, WALMART INC., Plaintiff suffered bodily injury and resulting pain and suffering, disability, scarring, disfigurement, mental anguish, loss of capacity for the enjoyment of life, past and future medical expenses, lost earnings in the past, loss of future earning capacity, and aggravation of a pre-existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, JESSIE LEONARD, demands judgment against the Defendant, WALMART INC., as and for compensatory damages in an amount in excess of $50,000.00,

exclusive of interest and court costs which are prayed for in addition thereto.

**COUNT II- LOSS OF CONSORTIUM**

Plaintiff, JAY LEONARD, restates and realleges each and every allegation set forth in paragraphs 1 through 14 as though fully set forth herein and further states:

15. At all times material hereto and at the time of the incident complained of, Plaintiff JAY LEONARD, was the lawful spouse of Plaintiff, JESSIE LEONARD.
16. As a direct and proximate result of the negligence and carelessness of Defendant, WALMART INC., Plaintiff, JAY LEONARD, sustained in the past and will sustain in the future a loss of the services, society, comfort and attention of Plaintiff, JESSIE LEONARD.

WHEREFORE, Plaintiff, JAY LEONARD, demands judgment against Defendants, WALMART INC., as and for compensatory damages in an amount in excess of $50,000.00, exclusive of interest and court costs which are prayed for in addition thereto.

**DEMAND FOR JURY TRIAL**

JESSIE LEONARD demands a trial by jury on all issues triable by right.

Dated this 2nd day of February, 2026.

**Hale Law**
Attorneys for the Plaintiff
2803 Fruitville Road, Suite 240
Sarasota, FL.34237
Phone: (941) 735-4529

By: /s/ **Patrick Barnes**
Patrick Barnes
FBN: 1015800
Service email: service@halelaw.com